# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY R. HEPSTALL, individually and as Administrator ad Litem of the Estate of Lucy Hepstall,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HUMANA HEALTH PLAN, INC., TOMMY THROWER, and MIKE QUIGLEY,  )<br>)<br>)<br>)<br>Defendants.  ) | CIVIL ACTION NO. 18-0163-JB |

## ORDER

On December 10, 2018, the parties informed the Court that they have settled this matter. Accordingly, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED** from the active docket of this Court, without prejudice to the right of any party to move to reinstate this action within **sixty (60) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. The parties shall bear their own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE and ORDERED** this 11th day of December, 2018.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE