# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY R. HEPSTALL, etc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 18-0163-JB-MU |
| HUMANA HEALTH PLAN, INC., *et al*., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is hereby **ORDERED** that Plaintiff's renewed motion to remand (Doc. 56) is **GRANTED,** and this case is **REMANDED** to the Circuit Court of Clarke County, Alabama.

**DONE** this 15th day of May, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE